# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN CUTILLO, *et al.*,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID CUTILLO, *et al.*,<br>　　　　　　Defendants. | Civil No. 5:21-cv-02787-JMG |

## ORDER

**AND NOW**, this 22nd day of June, 2022, upon consideration of Defendants' Motion to Partially Dismiss Plaintiffs' Second Amended Complaint (ECF No. 70), Plaintiffs' Response in Opposition (ECF No. 71), Defendants' Reply in Further Support (ECF No. 74), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the Motion (ECF No. 70), is **GRANTED IN PART** and **DENIED IN PART** as follows:

Counts One and Six of the Second Amended Complaint are **DISMISSED**. The remainder of the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　United States District Court Judge