IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN CUTILLO, *et al.*, : | | |
| Plaintiffs, : | | |
| : | | |
| v. : | Civil No. 5:21-cv-02787 JMG | |
| : | | |
| DAVID CUTILLO, *et al.*, : | | |
| Defendants. : | | |

**ORDER**

**AND NOW**, this 13th day of February, 2023, upon consideration of Plaintiffs' Motion to Compel (ECF No. 115) and Defendants' Response in Opposition (ECF No. 116), **IT IS HEREBY ORDERED** that the Motion (ECF No. 115) is **DENIED IN PART AND GRANTED IN PART** as follows**:**

   a. Plaintiffs' Motion to Compel with respect to Document Requests 1, 2 and 4 is **DENIED -** however**,** Defendants are provide the responsive documents from December 2017 through September 2022 as agreed;

   b. Plaintiffs' Motion to Compel with respect to Document Requests 7-10 is **DENIED**;

   c. Plaintiffs' Motion to Compel with respect to Document Request 14 is **DENIED**;

   d. Plaintiffs' Motion to Compel with respect to Document Requests 16 is **DENIED**;

   e. Plaintiffs' Motion to Compel with respect to Document Request 17 and Interrogatory 6 is **DENIED AS MOOT**; and

f.  Plaintiffs' Motion to Compel with respect to Document Requests 27-28 is **GRANTED.** Defendants shall provide the requested materials to Plaintiffs, to the extent the materials are in their possession.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge